# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: John A. Hall  
          Debtor

BK NO. 12-06894 JJT

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing, as Servicer for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6, and index same on the master mailing list.

Re: Loan # Ending In: 2266

                                    Respectfully submitted,

                                    **/s/ Joshua I. Goldman, Esquire**  
                                    Joshua I. Goldman, Esquire  
                                    Thomas Puleo, Esquire  
                                    KML Law Group, P.C.  
                                    701 Market Street, Suite 5000  
                                    Philadelphia, PA 19106-1532  
                                    (215) 825-6306  FAX (215) 825-6406  
                                    Attorney for Movant/Applicant