## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John A. Hall <br>       Debtor | |
| | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6, its successors and/or assigns | |
|       Moving Party | NO. 12-06894 JJT |
|   vs. | |
| John A. Hall | |
|       Debtor | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq. | |
|       Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

 Kindly withdraw the Notice of Post Petition Mortgage Fees, Expenses, and Charges, filed by Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6, which was filed with the Court on or about **December 22, 2016**.

                Respectfully submitted,

                **/s/ John Goryl, Esquire**
                John Goryl, Esquire
                Attorneys for Movant/Applicant
                KML Law Group, P.C.
                Main Number: (215) 627-1322

December 22, 2016