UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOHN ALROY HALL            Case No.: 5-12-06894-JJT
                                      Chapter 13

          Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| **PART 1:** | **MORTGAGE INFORMATION** |
|---|---|
| Creditor Name: | SELECT PORTFOLIO SERVICING |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 2266 |
| Property Address if applicable: | 157 WILLOW STREET, WILKES-BARRE, PA 18702 |

**PART 2:**                    **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $25884.77 |
| b. | Prepetition arrearages paid by the Trustee: | $25884.77 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $25,884.77 |

**PART 3:**                   **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                   **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: July 18, 2018                                    Respectfully submitted,

                                                        s/ Charles J. DeHart, III, Trustee
                                                        Standing Chapter 13 Trustee
                                                        Suite A, 8125 Adams Drive
                                                        Hummelstown, PA  17036
                                                        Phone:  (717) 566-6097
                                                        Fax:  (717) 566-8313
                                                        eMail: dehartstaff@pamd13trustee.com

Re:

JOHN ALROY HALL        Case No.: 5-12-06894-JJT
                       Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on July 18, 2018.

JOHN ALROY HALL
157 WILLOW ST.
WILKES-BARRE, PA  18702


LAW OFFICES OF BARBARA A. FEIN, P.C.
721 DRESHER ROAD, SUITE 1050
HORSHAM, PA,   19044


TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA,   18504-


Date: July 18, 2018              s/   Donna Schott
                                 Charles J. DeHart, III, Trustee
                                 Standing Chapter 13 Trustee
                                 Suite A, 8125 Adams Drive
                                 Hummelstown, PA  17036
                                 Phone:  (717) 566-6097
                                 Fax:  (717) 566-8313
                                 eMail:  dehartstaff@pamd13trustee.com